UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEILA PEREZ-MENDEZ and
JONATHAN REYES-MENENDEZ,

    Plaintiffs,

v.                                    Case No: 8:23-cv-971-CEH-MRM

NIEVES CARDINALE,

    Defendant.
_____/

# O R D E R

Before the Court is Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (Doc. 11). In accord with the Notice of Voluntary Dismissal Without Prejudice, it is

**ORDERED**:

1) This cause is dismissed, without prejudice.

2) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on June 16, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record